*Form M-200*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:**<br>**SYNTHIEA LAVETTE BATTS, Debtor**<br><br>**THE PARK AT CUMBERLAND, Movant**<br><br>**v.**<br><br>**SYNTHIEA LAVETTE BATTS, and DAVID G. PEAKE, TRUSTEE** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 26-34052-H1-13**<br><br>**(Chapter 13)** |

**MOTION FOR RELIEF FROM THE STAY AND CO-DEBTOR STAY**
**<u>REGARDING NON-EXEMPT RENTAL PROPERTY</u>**

**THIS IS A MOTION FOR RELIEF FROM THE AUTOMATIC STAY. IF YOU OBJECT TO THE GRANTING OF RELIEF FROM THE AUTOMATIC STAY, YOU SHOULD CONTACT THE MOVANT IMMEDIATELY TO TRY TO REACH AN AGREEMENT. IF YOU CANNOT REACH AN AGREEMENT, YOU MUST FILE A WRITTEN RESPONSE AND SEND A COPY TO MOVANT NOT LATER THAN [DATE] AND YOU MUST ATTEND THE HEARING.**

**THE COPY SENT TO THE MOVANT MUST BE DELIVERED BY HAND OR ELECTRONIC DELIVERY IF IT IS SENT LESS THAN 7 DAYS PRIOR TO THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE HEARING MAY BE AN EVIDENTIARY HEARING AND THE COURT MAY GRANT OR DENY RELIEF FROM THE STAY BASED ON THE EVIDENCE PRESENTED AT THIS HEARING. IF A TIMELY OBJECTION IS FILED, THE COURT WILL CONDUCT A HEARING ON THIS MOTION ON [DATE] AT [TIME] IN COURTROOM [ADDRESS].**

1. This motion requests an order from the Bankruptcy Court authorizing the person filing this motion to pursue its eviction remedies to take possession of the premises located at 505 Cypress Station Drive, Apartment No. 3002, Houston, TX 77090.

2. Movant: Auerbach IV – Cumberland Propco LLC dba The Park at Cumberland

3. Movant, directly or as agent for the holder, is the owner of the premises commonly known as 505 Cypress Station Dr. Apartment 3002, Houston, TX 77090.

4. Movant has reviewed the schedules filed in this case. The property described in paragraph 3 is not exempt because Debtor is a tenant under a written residential lease dated December 8, 2025. The lease began on December 1, 2025, and expires on November 30, 2026. Debtor is required to pay monthly payments of $1,275.00.

5. Type of collateral (e.g., Home, Manufactured Home, Car, Truck, Motorcyle): Apartment Lease

6. Debtor's scheduled value of property: $N/A

7. Movant's estimated value of property: $N /A

8. Total amount owed to movant: $5,100.00 consisting of monthly rent for April,, 2026 through July 2026, in the amount off $1,275.00 per month, plus late charges and other amounts under the lease.

9. Estimated equity (paragraph 7 minus paragraph 8): $N/A

10. Total pre and post-petition arrearages: $5,100.00

11. Total post-petition arrearages: $2,550.00

12. Amount of unpaid, past due property taxes, if applicable: $N/A.

***Form M-200***

13. Expiration date on insurance policy, if applicable: N/A

14. __________ Movant seeks relief based on the debtor(s)' failure to make payments. Debtor(s)' payment history is attached as exhibit "A." Movant represents that the attached payment history is a current payment history reflecting all payments, advances, charges and credits from the beginning of the loan. Movant further represents that the payment history is self explanatory or can be interpreted by application of coding information that is also attached. Movant acknowledges that the Court may prohibit the use of parol evidence to interpret a payment history that does not satisfy these representations.

15. __________. Movant seeks relief based on the debtor(s)' failure to provide a certificate of insurance reflecting insurance coverage as required under the debtor's pre-petition contracts.

16. If applicable: Name of Co-Debtor: Stephanie Batts, as a co-tenant under the lease.

17. Based on the foregoing, movant seeks termination of the automatic stay and the co-debtor stay to allow movant to pursue its eviction remedies to take possession of the premises. Movant filed a forcible entry and detainer action in the Justice of the Peace, Precinct 4, Place 1, Harris County, Texas, under Case No. 264100214619, and styled *The Park at Cumberland v. Synthia Batts and/or All Other Occupants of 505 Cypress Station Drive, No. 3002, Houston, TX 77090*. Trial was set for May 15, 2026. The filing of this case stayed the eviction case. Movant does not seek a judgment for monetary relief, only relief to pursue its pending eviction case.

18. Movant certifies that prior to filing this motion an attempt was made to confer with the Debtor(s)' counsel (or with Debtor(s), if *pro se*) either by telephone, by e-mail or by facsimile, by the following person on the following date July 8,. 2026, and time: 5:52 p.m. An agreement could not be reached. If requested by debtor a payment history in the form attached to this motion was provided at least two days, excluding intermediate weekends and holidays, before this motion was filed.

Date: July 9, 2026

____*/s/ John V. Burger*____________
Movant's counsel signature

Name: John V. Burger
State Bar No.: 03378650
S.D. Tex. Bar No.: 13176
Address: 4635 Southwest Freeway, Suite 330
Houston, TX 77027
Telephone: 713-722-0281
Fax: 713-722-09786
E-mail: john@barryandsewart.com

**Certificate of Service and Certificate of Compliance with BLR 4001**

A copy of this motion was served on the persons shown on exhibit "1" at the addresses reflected on that exhibit on [date] by prepaid United States first class mail. Movant certifies that movant has complied with Bankruptcy Local Rule 4001.

___*/s/ John V. Burger*_____________
Movant's Counsel