# Ledger

# (2) The Park at Cumberland

3/26/2025 - 5/14/2026
Printed 5/14/2026 10:23:06 AM



## Synthia Batts, Stephanie Batts

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Unit:** | 3002 | **Application Date:** | 12/05/2025 | **Lease Signed Date:** | 12/10/2025 | **Notice Given:** | 05/13/2026 |
| **Address:** | 505 Cypress Station Drive Houston, TX 77090 | **Move In Date:** | 10/27/2023 | **Lease Start Date:** | 12/01/2025 | **Move Out Date:** | |
| | | **Lease Status:** | Under Eviction | **Lease End Date:** | 11/30/2026 | | |

### Deposits

| Date | Reference | Description | Payment Type | Paid In | Paid Out | Balance | Notes |
|---|---|---|---|---|---|---|---|
| 03/26/2025 | Conversion | Security Deposit | Check | 635.00 | | -635.00 | Import data as of conversion |
| | | | | **Ending Balance** | | -635.00 | |

### Charges and Payments

| Date | Reference | Description | Payment Type | Charge | Credit | Balance | Notes |
|---|---|---|---|---|---|---|---|
| 03/25/2025 | | Balance as of 03/25/2025 | | | 0.00 | 0.00 | |
| 04/01/2025 | | Tenant Legal Liability 4.2025 | | 13.50 | | 13.50 | |
| 04/01/2025 | | RUBS | | 90.00 | | 103.50 | |
| 04/01/2025 | | Amenity Fee | | 15.00 | | 118.50 | |
| 04/01/2025 | | Rent | | 1,250.00 | | 1,368.50 | |
| 04/02/2025 | 19-735968407 | Payment | Money Order | | 1,000.00 | 368.50 | |
| 04/02/2025 | 19-735968408 | Payment | Money Order | | 368.50 | 0.00 | |
| 05/01/2025 | | Tenant Legal Liability 5.2025 | | 13.50 | | 13.50 | |
| 05/01/2025 | | RUBS | | 90.00 | | 103.50 | |
| 05/01/2025 | | Amenity Fee | | 15.00 | | 118.50 | |
| 05/01/2025 | | Rent | | 1,250.00 | | 1,368.50 | |
| 05/01/2025 | 128319679 | Payment | DEBIT | | 1,368.50 | 0.00 | |
| 06/01/2025 | | Tenant Legal Liability 6.2025 | | 13.50 | | 13.50 | |
| 06/01/2025 | | RUBS | | 90.00 | | 103.50 | |
| 06/01/2025 | | Amenity Fee | | 15.00 | | 118.50 | |
| 06/01/2025 | | Rent | | 1,250.00 | | 1,368.50 | |
| 06/06/2025 | | Late Fee | | 125.00 | | 1,493.50 | |
| 06/11/2025 | 130624377 | Payment | ACH | | 1,493.50 | 0.00 | |
| 06/13/2025 | 130714063 | Payment | DEBIT | | 1,568.50 | -1,568.50 | |
| 06/17/2025 | R-130624377 | Reversed ACH 130624377:Payment | NSF | | -1,493.50 | -75.00 | (R01) Insufficient Funds - Original Payment 130624377 |
| 06/17/2025 | | NSF Fee | | 75.00 | | 0.00 | |
| 07/01/2025 | | Tenant Legal Liability 7.2025 | | 13.50 | | 13.50 | |
| 07/01/2025 | | RUBS | | 90.00 | | 103.50 | |
| 07/01/2025 | | Amenity Fee | | 15.00 | | 118.50 | |

**Charges and Payments**

| Date | Reference | Description | Payment Type | Charge | Credit | Balance | Notes |
|---|---|---|---|---|---|---|---|
| 07/01/2025 | | Rent | | 1,250.00 | | 1,368.50 | |
| 07/06/2025 | | Late Fee | | 125.00 | | 1,493.50 | |
| 07/10/2025 | 132139209 | Payment | DEBIT | | 1,493.50 | 0.00 | |
| 08/01/2025 | | Tenant Legal Liability 8.2025 | | 13.50 | | 13.50 | |
| 08/01/2025 | | RUBS | | 90.00 | | 103.50 | |
| 08/01/2025 | | Amenity Fee | | 15.00 | | 118.50 | |
| 08/01/2025 | | Rent | | 1,250.00 | | 1,368.50 | |
| 08/01/2025 | 132924774 | Payment | DEBIT | | 1,368.50 | 0.00 | |
| 09/01/2025 | | Tenant Legal Liability 9.2025 | | 13.50 | | 13.50 | |
| 09/01/2025 | | RUBS | | 90.00 | | 103.50 | |
| 09/01/2025 | | Amenity Fee | | 15.00 | | 118.50 | |
| 09/01/2025 | | Rent | | 1,250.00 | | 1,368.50 | |
| 09/06/2025 | | Late Fee | | 125.00 | | 1,493.50 | |
| 09/15/2025 | 135335812 | Payment | ACH | | 1,493.50 | 0.00 | |
| 10/01/2025 | | Tenant Legal Liability 10.2025 | | 13.50 | | 13.50 | |
| 10/01/2025 | | Rent | | 1,250.00 | | 1,263.50 | |
| 10/01/2025 | | Amenity Fee | | 15.00 | | 1,278.50 | |
| 10/01/2025 | | RUBS | | 90.00 | | 1,368.50 | |
| 10/06/2025 | | Late Fee | | 125.00 | | 1,493.50 | |
| 10/08/2025 | 136572977 | Payment | ACH | | 1,493.50 | 0.00 | |
| 10/13/2025 | | Application Fee | | 50.00 | | 50.00 | Stephanie Batts |
| 10/13/2025 | 136741302 | Payment | DEBIT | | 50.00 | 0.00 | |
| 11/01/2025 | | Tenant Legal Liability 11.2025 | | 13.50 | | 13.50 | |
| ~~11/01/2025~~ | | ~~RUBS~~ | | ~~90.00~~ | | | |
| ~~11/01/2025~~ | | ~~Amenity Fee~~ | | ~~15.00~~ | | | |
| ~~11/01/2025~~ | | ~~MTM Fee~~ | | ~~300.00~~ | | | |
| ~~11/01/2025~~ | | ~~Rent~~ | | ~~1,250.00~~ | | | |
| ~~11/01/2025~~ | | ~~RUBS~~ | | ~~90.00~~ | | | |
| ~~11/01/2025~~ | | ~~Amenity Fee~~ | | ~~15.00~~ | | | |
| ~~11/01/2025~~ | | ~~MTM Fee~~ | | ~~300.00~~ | | | |
| ~~11/01/2025~~ | | ~~Rent~~ | | ~~1,250.00~~ | | | |
| ~~11/01/2025~~ | | ~~Reversed RUBS~~ | | ~~-90.00~~ | | | ~~Posted Rent Twice correcting By reserving all and reposting~~ |
| ~~11/01/2025~~ | | ~~Reversed Rent~~ | | ~~-1,250.00~~ | | | ~~Posted Rent Twice correcting By reserving all and reposting~~ |
| ~~11/01/2025~~ | | ~~Reversed Amenity Fee~~ | | ~~-15.00~~ | | | ~~Posted Rent Twice correcting By reserving all and reposting~~ |
| ~~11/01/2025~~ | | ~~Reversed RUBS~~ | | ~~-90.00~~ | | | ~~Posted Rent Twice correcting By reserving all and reposting~~ |
| ~~11/01/2025~~ | | ~~Reversed Amenity Fee~~ | | ~~-15.00~~ | | | ~~Posted Rent Twice correcting By reserving all and reposting~~ |
| ~~11/01/2025~~ | | ~~Reversed Rent~~ | | ~~-1,250.00~~ | | | ~~Posted Rent Twice correcting By reserving all and reposting~~ |
| ~~11/01/2025~~ | | ~~Reversed MTM Fee~~ | | ~~-300.00~~ | | | ~~Rent Charges posted twice, correcting and reposting the rent~~ |

## Charges and Payments

| Date | Reference | Description | Payment Type | Charge | Credit | Balance | Notes |
|---|---|---|---|---|---|---|---|
| ~~11/01/2025~~ | | ~~Reversed MTM Fee~~ | | ~~-300.00~~ | | | ~~Rent Charges posted twice, correcting and reposting the rent~~ |
| 11/01/2025 | | RUBS | | 90.00 | | 103.50 | |
| 11/01/2025 | | Amenity Fee | | 15.00 | | 118.50 | |
| ~~11/01/2025~~ | | ~~MTM Fee~~ | | ~~300.00~~ | | | |
| 11/01/2025 | | Rent | | 1,250.00 | | 1,368.50 | |
| ~~11/01/2025~~ | | ~~Reversed MTM Fee~~ | | ~~-300.00~~ | | | ~~Renewal should have been sent.~~ |
| 11/03/2025 | 137703139 | Payment | ACH | | 1,368.50 | 0.00 | |
| 12/01/2025 | | Tenant Legal Liability 12.2025 | | 13.50 | | 13.50 | |
| 12/01/2025 | | RUBS | | 90.00 | | 103.50 | |
| 12/01/2025 | | Amenity Fee | | 15.00 | | 118.50 | |
| ~~12/01/2025~~ | | ~~MTM Fee~~ | | ~~300.00~~ | | | |
| 12/01/2025 | | Rent | | 1,250.00 | | 1,368.50 | |
| 12/06/2025 | | Late Fee | | 125.00 | | 1,493.50 | |
| ~~12/09/2025~~ | | ~~Reversed MTM Fee~~ | | ~~-300.00~~ | | | ~~Posting Error. Lease Renewal. SJS~~ |
| 12/10/2025 | 139527672 | Payment | ACH | | 1,493.50 | 0.00 | |
| 01/01/2026 | | Tenant Legal Liability 1.2026 | | 13.50 | | 13.50 | |
| 01/01/2026 | | RUBS | | 90.00 | | 103.50 | |
| 01/01/2026 | | Amenity Fee | | 15.00 | | 118.50 | |
| 01/01/2026 | | Rent | | 1,275.00 | | 1,393.50 | |
| 01/04/2026 | 140697637 | Payment | ACH | | 1,393.50 | 0.00 | |
| 02/01/2026 | | Tenant Legal Liability 2.1.2026 | | 13.50 | | 13.50 | |
| 02/01/2026 | | RUBS | | 90.00 | | 103.50 | |
| 02/01/2026 | | Amenity Fee | | 15.00 | | 118.50 | |
| 02/01/2026 | | Rent | | 1,275.00 | | 1,393.50 | |
| 02/05/2026 | 142321356 | Payment | ACH | | 1,393.50 | 0.00 | |
| 02/24/2026 | 19-805149191 | Payment | Money Order | | 10.00 | -10.00 | |
| 02/25/2026 | | mail key | | 10.00 | | 0.00 | mail box key |
| 03/01/2026 | | Tenant Legal Liability 3.2026 | | 13.50 | | 13.50 | |
| 03/01/2026 | | RUBS | | 90.00 | | 103.50 | |
| 03/01/2026 | | Amenity Fee | | 15.00 | | 118.50 | |
| 03/01/2026 | | Rent | | 1,275.00 | | 1,393.50 | |
| 03/06/2026 | | Late Fee | | 127.50 | | 1,521.00 | |
| 03/07/2026 | 19-816782592 | Payment | Money Order | | 1,000.00 | 521.00 | |
| 03/12/2026 | 144199589 | Payment | ACH | | 521.00 | 0.00 | |
| 03/16/2026 | R-144199589 | Reversed ACH 144199589:Payment | NSF | | -521.00 | 521.00 | (R04) Invalid Account Number - Original Payment 144199589 |
| 03/16/2026 | | NSF Fee | | 75.00 | | 596.00 | |
| 03/18/2026 | 19-816815623 | Payment | Money Order | | 521.00 | 75.00 | |
| 03/20/2026 | 19-816815664 | Payment | Money Order | | 75.00 | 0.00 | |
| 04/01/2026 | | Tenant Legal Liability 4.1.2026 | | 13.50 | | 13.50 | |
| 04/01/2026 | | RUBS | | 90.00 | | 103.50 | |
| 04/01/2026 | | Amenity Fee | | 15.00 | | 118.50 | |
| 04/01/2026 | | Rent | | 1,275.00 | | 1,393.50 | |

## Charges and Payments

| Date | Reference | Description | Payment Type | Charge | Credit | Balance | Notes |
|---|---|---|---|---|---|---|---|
| 04/06/2026 | | Late Fee | | 127.50 | | 1,521.00 | |
| 04/08/2026 | 19-816815561 | Payment | Money Order | | 600.00 | 921.00 | |
| 05/01/2026 | | Tenant Legal Liability 5.1.2026 | | 13.50 | | 934.50 | |
| 05/01/2026 | | RUBS | | 90.00 | | 1,024.50 | |
| 05/01/2026 | | Amenity Fee | | 15.00 | | 1,039.50 | |
| 05/01/2026 | | Rent | | 1,275.00 | | 2,314.50 | |
| 05/06/2026 | | Late Fee | | 127.50 | | 2,442.00 | |
| | | | | **Ending Balance** | | 2,442.00 | |

EXHIBIT
2