Gmail

Synthiea Batts <synthieabatts@gmail.com>

# September Rent Portal

**Shantell Richard** <srichard@bmresidential.com> Tue, Sep 1, 2026 at 10:47 AM
To: Synthiea Batts <synthieabatts@gmail.com>

Dear Resident of Unit #3002,

We are writing regarding the current status of your account and the bankruptcy proceedings associated with your tenancy.

The bankruptcy filing provided protection under the automatic stay while the stay was in effect. However, the stay has now been denied/lifted by the Bankruptcy Court. As a result, the eviction proceedings that were previously filed may proceed, subject to the applicable court process. A bankruptcy stay does not permanently eliminate the underlying balance owed on the account.

Currently, your outstanding balance is in excess of $8,000. The payment arrangement you have requested would not allow the account to become current within a reasonable period. Given the amount currently owed and the length of time the balance has remained delinquent, the account is no longer in a position where a payment arrangement can reasonably bring the account current.

The full outstanding balance is therefore due.

Please also understand that making a partial payment at this stage does not resolve the delinquency. Any payment received will be applied to amounts previously owed in accordance with the applicable lease and payment policies. Unless the account is brought current as required, the account would remain delinquent, and the eviction process could continue.

Had consistent payments been made while the bankruptcy process was ongoing, the account may have been in a substantially different position. Unfortunately, that opportunity has passed, and the current balance remains unresolved.

At this point, we would like to provide you with two options:

1. **Voluntary move-out:** We can work with you to agree upon a specific date for you to vacate the apartment and return all keys and possession of the unit.
2. **Continue with the eviction process:** If we cannot reach an agreement regarding a move-out date, we will proceed with the eviction case that was previously filed, now that the bankruptcy stay has been denied/lifted.

Please contact the management office as soon as possible to discuss your intended move-out date or any other arrangements regarding possession of the apartment.

We encourage you to address this matter promptly to avoid additional costs and further legal proceedings.

Sincerely,

Shantell Richard
The Park at Cumberland Apartments
505 Cypress Station Dr.
Houston, TX 77090
281-440-9118

[Quoted text hidden]